**Order entered August 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00359-CR

**WARNELL JERMONE LOUDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-61235-H**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER**.


/s/     ROBERT M. FILLMORE
       JUSTICE